USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHANTE CHARLES, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

UNITED STATES OF ARITZIA INC.,

                Defendant.

---

23-CV-09389 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the briefing schedule previously set on defendant's motion to dismiss. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated:  February 26, 2024
         New York, New York

                              SO ORDERED.

                              MARGARET M. GARNETT
                              United States District Judge